UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERNEST JOSEPH,

    Petitioner,

v.                                     Case No. 3:25-cv-1579-MMH-PDB

SCOTTY RHODEN, et al.,

    Respondents.

## ORDER

Petitioner Ernest Joseph, an immigration detainee at the Baker County Detention Center, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (Doc. 1; Petition). Joseph asserts that United States Immigration and Customs Enforcement (ICE) detained him on December 15, 2025, in violation of Zadvydas v. Davis, 533 U.S. 678 (2001), the Administrative Procedure Act, and due process. Joseph requests, among other relief, immediate release from custody and a declaration permanently enjoining his re-detention by the Department of Homeland Security (DHS) absent evidence of materially changed circumstances, prior written notice, and an opportunity to be heard. Before the Court is Joseph's Emergency Motion for Temporary Restraining Order (Doc. 3; Motion). In the Motion, Joseph similarly asks the Court to direct

Respondents to release him from detention by 5:00 p.m. on December 24, 2025, and enjoin DHS from re-detaining him.

Temporary restraining orders are meant to "preserv[e] the status quo rather than grant[] most or all of the substantive relief requested in the complaint." Fernandez-Roque v. Smith, 671 F.2d 426, 429 (11th Cir. 1983). Here, Joseph seeks not to preserve the status quo, but to obtain the affirmative relief sought in the Petition on an expedited basis. Therefore, Joseph's Motion is due to be denied without prejudice. Nevertheless, given the exigency of the circumstances, the Court will expedite the response time to the Petition.

Accordingly, it is **ORDERED**:

1. Joseph's Emergency Motion for Temporary Restraining Order (Doc. 3) is **DENIED without prejudice**. Pending resolution of the Petition, Respondents must not remove Joseph from the Jacksonville Division of the Middle District of Florida.

2. Respondents shall respond to the Petition by **January 7, 2026**, and show cause why the Petition should not be granted. After Respondents file a response, Joseph shall have **15 days** to file his reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of December, 2025.

MARCIA MORALES HOWARD
United States District Judge

Jax-9
c:   Counsel of record

3